WILLIAM M. WELLS v. JOSIE McCULLERS WELLS.

(Filed 23 September, 1942.)

THIS is an appeal by the plaintiff from *Burney, J.,* at May Term, 1942, of Wilson, from an order denying his motion to strike out defendant's answer and plea *puis darrein continuance.*

*Moore & Brinkley and Varser, McIntyre & Henry for plaintiff, appellant.*
*Ehringhaus & Ehringhaus and Lucas & Rand for defendant, appellee.*

PER CURIAM.· The Court being equally divided in opinion, *Barnhill, J.,* not sitting, the judgment of the Superior Court is affirmed as the disposition of this appeal without becoming a precedent, in accord with the practice of the Court. *Martin v. R. R.,* 208 N. C., 843; *Collins v. Ins. Co.,* 213 N. C., 800.

Affirmed.